UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 27 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jerry A Beauford                )
                                )
_____,  )
                                )
        Plaintiff(s),           )
                                )
        vs.                     )   1:19-cv-06509
                                )   Judge Sharon Johnson Coleman
Pace Bus Co.                    )   Magistrate Judge Jeffrey Cummings
Judge Carrie E Hamilton     ,   )
                                )
                                )
        Defendant(s).           )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is Jerry Alvo Beauford.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _____N/A_____, is
(name, badge number if known)

☐ an officer or official employed by __CiRCuiT CouRT-2144__ ;
__Cook CouNTY ILLinois 6Th DisTRicT__ or
(department or agency of government)

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is___N/A___. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about___N/A___, at approximately ___N/A___ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of ___N/A___
___N/A___, in the County of ___N/A___,
State of Illinois, at ___N/A___,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other:__JudGe HamilTon Refuse To ExcePT The RequesT To Fire "VRDolYAK Law GRoup on 6-10-19"__

2

## Giving VRDoLYAK Time To File False StateMents

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): ___N/A___

8. Plaintiff was charged with one or more crimes, specifically: ___N/A___

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    N/A are still pending.

    N/A were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    N/A Plaintiff was found guilty of one or more charges because defendant deprived me of a ~~fair trial~~ as follows ___N/A___

    ☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Plaintiff Apeared Before Judge Hamilton on January 20, 2019 At That Time Mr. Patrick Crowley was there with Defendant Pace offer Before The Judge. "Plaintiff Stated That He Wanted A Jury Trial". "Judge Hamilton Related The "Jury Will Not See All of The Evidence". Two Peace of Evidences, Pace Bus Video, of The Rear End Collision, Plantiff Doctors Surgeon Evaluation of The Whiplash injuries". Plaintiff "Very Boldly "Fired" Vrdolyak Law Group That Day" Relating To "Mr. Crowley That He did Not Want Him", "or That Judge", The "Both of Them" is in Favor of Pace Bus Co", "Change of Venue Now"

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

"Judge Hamilton on The 10th of June 2019 Would Not Except Plaintiff motion Telling The Court That His Attorneys Was "Fired"." That Gave The Fired Attorneys The Opportunity To File False Document in His Case. Exhabit

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Jerry Alex Beauford*

Plaintiff's name *(print clearly or type)*: Terry A. Beauford

Plaintiff's mailing address: 535 Logan Dr APT 60H

City Hammond State IN ZIP 46320

Plaintiff's telephone number: (219) 240-7318

Plaintiff's email address *(if you prefer to be contacted by email)*: N/A

---

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

Motion - General Form (This form replaces CCMD-39)     (2/24/05) CCG N702

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**Jerry Beauford**
Plaintiff(s)

v.

**Pace Bus Co.**
Defendant(s)

No. 2015 L 066009

TO: Chief Judge of Cook County

MOTION BY Plaintiff(s) Request for The Remover of His Attorneys. For Failing To Comply with The Client-Attorney Agreement Contract. Specifically Court Proceeding, Copy of All Motions, And Doctors Depositions. For Changing My Attorney on The Case, Whom I Disagree with. Depositions Doctors Under Know To Me That is A NO-NO. This Law Firm Have Never in 5 years Pick up one medical Record And Ask me if The Record Speak The Truth About My injury, or The Treatment That I have Receive for The injury. If Any Doctor have Any Thing To Say About Me, or my condition I Sure Want To Be Present. I have Tried To Reach The Head Attorney At This Law Firm To Amend my Case or Send me Their Letter of with Drawer. They has Fail To Do So, Plaintiff Respectfully Ask This Honorable Court To intervene In This matter, the Attorneys have Breach The Contract. In This Case,

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: **June 10, 2019**    Representing myself For The Time Being.
Atty. No.: _____
Name: **Jerry Beauford. Plaintiff**
Atty. for: (Fired.) — Vrdolyak Law Group, LLC. X
Address: 9618 Commercial Avenue
City/State/Zip: Chicago IL 60617
Telephone: _____

Exhibit 1

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Copy Distribution-White: 1. ORIGINAL-COURT FILE Canary: 2. COPY 1 Pink: 3. COPY 2 Gold: 4. COPY 3

·4217

Order (Continuance) (This form replaces CCM1 0606 and CCMD 623-2 thru 6)        (1/25/05) CCM N606

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT  6th  DISTRICT

Law

Beauford
       **Plaintiff(s)**

v.

No. 15 L 66002

Pace
       **Defendant(s)**

### Agreed CONTINUANCE ORDER

This matter having come before this Court for ☒ status    ☐ pretrial    ☐ trial    ☐ other: probate petition

the Court being fully advised;

IT IS HEREBY ORDERED that this matter is continued to __June 10__, __2019__
(date)

at __9:00__ (a.m.)/p.m. in Room __208__ for:

☒ status (4406)    ☐ pretrial (4405)    ☐ trial (4482)

☐ other: Status on probate

Judge Carrie E. Hamilton
MAR 08 2019
Circuit Court-2144

(Please print)

Atty. No.: 41535
Name: VLG-AIB
Attorney for: π
Address: 100 N. Riverside
City/State/Zip: Chicago, IL 60606
Telephone: 312 482 9200

ENTERED:

Dated: _____, _____

_Carrie E. Hamilton_ #2144
Judge        Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution - White: 1. ORIGINAL - COURT FILE   Canary: 2. COPY   Pink: 3. COPY

*Zibi)* June 25-2019

## IN The Circuit Court of Cook County ILLinois

| Jerry Beauford | |
|---|---|
| V. Plaintiff(s) | No. 2015L 066002 |
| Pace Bus Co | |
| Defendant(s) | |

To: The Chief Judge of Cook County Illinois.

Motion By Plaintiff Stating The Folling He HAS "Fired" His Attorneys, The VRDolYak Law Group, For Failing To Comply With Attorney Client Contract. He Was Not informed of The Motions That was Filed in His Case, or The Court Scheduled matters.

The VRDolYak Attorneys With the help of The Circuit Court of Cook County Was Able To "Unlawfully" Continue The Case Without Plaintiff Having Any Knowledge, of What Was happening with His Case Until it had Taken Plase. Plaintiff went to His Court date June 10 2019. The case Had been "Unlawfully" moved To The Probate Division. Plaintiff is Asking for Change of Vineyord. Moving His Case From Illinois, To "Indiana" or The "Federal Court."

102                Exhibit3(e)

The Action of VRDolyak Law Group And Who Ever Gave Them A Continue Court Date, "On June 19, 2019 for 8-19-2019" Court Date, "Underknown To Plaintiff" is A "Violation of His Illinois Constitution Rights." Article 1. Bill of Rights, Sections (2.)(12.)(13.)—Has The Word "Shall" in it Mandatory, indicates Legislative Intent To make The Law mandatory." See—Puss N Boots V. Mayors License Com'n Cite as 173 Ill.Dec.676, 597 NE2d 650 (Ill. APP. 1 Dist. 1992)

"The Said Law Authorities" Cook County Circuit Court Looked The other Way while The VRDolyak Law Group Violated The Plaintiff Constitution Amendment (14th 15th 17th); Rights And The Rights Guaranteed For Him Under The U.S. Constitution, Illinois Constitution, Article (1) Bill of Rights, Section 2-12-13, VRDolyak Law Group LLC have Deliberately Broke The Contract, And Violated my Constitution Rights. Their Violated Service is Not Wanted Any Father. They Are "Fired".

Plaintiff Respectfully Ask "Chief Judge" To investigate The Above Allegations.

Jerry Beaufort

2 of 2 — Exhibit (3)